

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com

September 1, 2020

*By Electronic Filing*

Hon. Philip M. Halpern
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Palmer/Kane LLC v. Benchmark Education Co. LLC*, No. 7:18-cv-09369-PMH

Dear Judge Halpern:

We represent defendant Benchmark Education Company LLC ("Benchmark") in this matter. We write to inform the Court that our colleague Robert Penchina passed away on August 11, 2020.

We request that the Court issue an order directing the clerk to 1) terminate Mr. Penchina's appearance in the case noted above as counsel for defendant Benchmark and 2) discontinue sending NEFs to his email address, penchinar@ballardspahr.com. I, and my colleague Catherine I. Seibel, have already appeared and will continue to represent Benchmark in this matter.

Respectfully submitted,

*Thomas B. Sullivan*

Thomas B. Sullivan